John L. Cooper (State Bar No. 50324)
Dennis M. Cusack (State Bar No. 124988)
Katina Ancar (State Bar No. 207950)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counterdefendant
ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04 4082 SI<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE ST. PAUL'S LETTER BRIEF UNDER SEAL**<br><br>Date:　　　July 1, 2005<br>Time:　　　9:00 a.m.<br>Location:　Courtroom 10, 19th Floor<br>Judge:　　Honorable Susan Illston |

　　　　Having considered the papers submitted on Plaintiff's Ex Parte Application To St. Paul's Letter Brief Under Seal, and good cause appearing therefore,

///

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ATMEL'S EX PARTE MOTION - Case No. C 04 4082 SI

18934\803973.1

1   IT IS HEREBY ORDERED that:

2   Plaintiff's Ex Parte Application To File St. Paul's Letter Brief Under Seal is GRANTED,

3   and the following document will be filed under seal:

4       1.    St. Paul's June 3, 2005 Letter Brief Requesting the Court to Order Atmel Corp. to

5   Produce Certain Documents Responsive to St. Paul's First Request for Production of Documents

7   DATED: _____, 2005



DENIED
Judge Susan Illston

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ATMEL'S EX PARTE MOTION - Case No. C 04 4082 SI    - 2 -    18934\803973.1