```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    BRUCE D. CELEBREZZE (Bar No. 102181)
 2  LAURA L. GOODMAN (Bar No. 142689)
    One Embarcadero Center, 16th Floor
 3  San Francisco, California 94111-3628
    Telephone: (415) 781-7900
 4  Facsimile:  (415) 781-2635

 5  Attorneys for Defendant and Counterclaimant
    ST. PAUL FIRE & MARINE INSURANCE COMPANY
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendant. | CASE NO. C04-4082 SI<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR A JULY 1, 2005 CASE MANAGEMENT CONFERENCE REGARDING SCHEDULING |
| AND RELATED COUNTERCLAIM. | |

The Court, having reviewed and considered the *ex parte* application of St. Paul Fire & Marine Insurance Company ("St. Paul") and the Declaration of Laura L. Goodman attached thereto, finds that good cause exists for setting a case management conference on July 1, 2005 at 2:30 p.m. ~~following the hearing on St. Paul's motions to compel certain third parties to comply with subpoenas.~~

IT IS SO ORDERED.

DATED: June ___, 2005

                                              The Honorable Susan Illston
                                              United States District Court Judge