IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,

     Plaintiff,

v.

ST. PAUL FIRE & MARINE,

     Defendant.

AND RELATED COUNTERCLAIMS.

No. C 04-04082 SI

**ORDER RE: DISCOVERY CUT-OFF DATE**

By letter briefs,[1] the parties have brought before the Court a dispute involving the discovery cut-off date for this action. The Court finds that the parties should meet-and-confer to determine the proper extension of the discovery cut-off date, given that parties agree that the date should be extended. The Court agrees with Atmel's assertion that the January 23, 2006 trial date should remain in place.

If the parties are unable to agree to a new discovery cut-off date, then the parties should bring that to the Court's attention and it can be resolved through letter briefs.

**IT IS SO ORDERED.**

Dated: 8/1/05

                                        /s/ Susan Illston
                                      SUSAN ILLSTON
                                      United States District Judge

---

[1] St. Paul filed its letter on July 19, 2005. Atmel filed a response on July 20, 2005.