John L. Cooper (State Bar No. 50324)
Dennis M. Cusack (State Bar No. 124988)
James H. Colopy (State Bar No. 172806)
Katina Ancar (State Bar No. 207950)
FARELLA BRAUN & MARTEL LLP
Russ Building, 30th Floor
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counterdefendant
ATMEL CORPORATION

Gregory C. Read (State Bar No. 49713)
Bruce D. Celebrezze (State Bar No. 102181)
Laura L. Goodman (State Bar No. 142689)
SEDGWICK DETERT MORAN & ARNOLD LLP
One Embarcadero Center, 16th Floor
San Francisco, California 94111-3628
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and Counterclaimant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>ST. PAUL FIRE & MARINE<br>INSURANCE COMPANY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM | No. C 04 – 4082 SI<br><br>**STIPULATION AND [PROPOSED] ORDER<br>FOR EXTENSION OF PRETRIAL<br>SCHEDULE** |

WHEREAS, on September 27, 2004, Atmel Corporation ("Atmel") initiated this lawsuit against St. Paul Fire & Marine Insurance Company ("St. Paul");

WHEREAS, on May 12, 2005, this Court entered a Pretrial Preparation Order that contained a schedule of pretrial deadlines and a trial date of January 23, 2006;

WHEREAS, St. Paul is requesting an extension of the deadline for non-expert discovery;

WHEREAS, in an Order entered on August 2, 2005, the Court directed "that the parties should meet-and-confer to determine the proper extension of the discovery cut-off date" and "that the January 23, 2006 trial date should remain in place";

WHEREAS the parties have met and conferred and agreed upon a revised pre-trial schedule as set forth below;

IT IS HEREBY STIPULATED, by the parties through their counsel, as follows:

1.  The deadline for non-expert discovery shall be extended from August 26, 2005 to October 28, 2005.

2.  The deadline for designation of experts shall be extended from August 30, 2005 to October 21, 2005.

3.  The deadline for designation of rebuttal experts shall be extended from September 12, 2004 to November 4, 2005.

4.  The deadline for expert discovery shall be extended from September 26, 2005 to November 23, 2005.

5.  The deadline for filing of dispositive motions shall be extended from September 30, 2005 to December 2, 2005.

6.  The deadline for filing oppositions to dispositive motions shall be extended from to October 14, 2005 to December 16, 2005.

7.  The deadline for filing a reply on dispositive motions shall be extended from October 21, 2005 to December 23, 2005.

8.  The last day to set dispositive motions for hearing shall be extended from November 4, 2005 to January 6, 2006.

9.  The current pretrial filing deadline of December 20, 2005, and the current deadline

of ~~January 5, 2006~~ **1/13/06** to file oppositions to motions in limine, ~~shall remain the same~~ **on 1/16/06**

10. The current pre-trial conference date of ~~January 10~~ **January 18**, 2006, and the current trial date of January 23, 2006, shall remain the same.

STIPULATED AND AGREED TO:

Dated: _August 5, 2005_

By: _____
Dennis M. Cusack
James H. Colopy
Attorneys for Plaintiff
ATMEL CORPORATION

Dated: _August 4, 2005_

By _____
Gregory C. Read
Bruce Celebrezze
Attorneys for Defendant
ST. PAUL FIRE & MARINE
INSURANCE COMPANY

IT IS SO ORDERED.

Dated: _____          _____
                                          Judge Susan Illston, United States District Court

//

//

//

//

//

*UNITED STATES DISTRICT COURT*
*NORTHERN DISTRICT OF CALIFORNIA*
**GRANTED**
Judge Susan Illston