IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, | No. C 04-04082 SI |
| Plaintiff, | **ORDER GRANTING ATMEL'S MOTION TO COMPEL** |
| v. | |
| ST. PAUL FIRE & MARINE, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | |

By letter briefs,[1] the parties bring before the Court a dispute regarding Atmel's First Set of Requests for Production of Documents. St. Paul asserts that it has made every attempt to produce the necessary documents and continues to produce relevant documents. St. Paul also argues that it has already produced a significant number of documents.

It is unclear if St. Paul objects to Requests Nos. 25 and 30, as it states that the requests were "so poorly drafted that compliance has been nearly impossible." The Court has reviewed these requests. See AtmelEx. A. Atmel, in its letter brief, clarifies its request.[2] The Court finds these clarifications to be sufficient. St. Paul must comply with these requests.

St. Paul does not contest the validity of Atmel's request. Instead, it argues that it has made every attempt to produce all documents responsive to the requests. St. Paul has now had plenty of time to produce

---

[1] Atmel filed its letter brief on August 1, 2005. St. Paul filed its response on August 5, 2005.

[2] "Request No. 25 seeks only St. Paul's internal standards for assessing its duty to defend." "Request No. 30 seeks St. Paul's internal policies, manuals, and/or handbooks (not actual claim files) reflecting its internal assessment of material information St. Paul needs for evaluating whether to underwrite such a policy."

responsive documents. Therefore, the Court ORDERS St. Paul to produce all documents relevant to Atmel's First Set of Requests for the Production of Documents **on or before September 16, 2005.** If St. Paul has produced all relevant documents, it should submit a sworn statement to that effect to Atmel.

**IT IS SO ORDERED.**

Dated: September 6, 2005

SUSAN ILLSTON
United States District Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,  No. C 04-04082 SI

    Plaintiff,  **ORDER GRANTING ATMEL'S MOTION TO COMPEL**

  v.

ST. PAUL FIRE & MARINE,

    Defendant.
_____/

AND RELATED COUNTERCLAIMS.
_____/

    By letter briefs,[1] the parties bring before the Court a dispute regarding Atmel's First Set of Requests for Production of Documents. St. Paul asserts that it has made every attempt to produce the necessary documents and continues to produce relevant documents. St. Paul also argues that it has already produced a significant number of documents.

    It is unclear if St. Paul objects to Requests Nos. 25 and 30, as it states that the requests were "so poorly drafted that compliance has been nearly impossible." The Court has reviewed these requests. See Atmel Ex. A. Atmel, in its letter brief, clarifies its request.[2] The Court finds these clarifications to be sufficient. St. Paul must comply with these requests.

    St. Paul does not contest the validity of Atmel's request. Instead, it argues that it has made every attempt to produce all documents responsive to the requests. St. Paul has now had plenty of time to produce

---

[1] Atmel filed its letter brief on August 1, 2005. St. Paul filed its response on August 5, 2005.

[2] "Request No. 25 seeks only St. Paul's internal standards for assessing its duty to defend." "Request No. 30 seeks St. Paul's internal policies, manuals, and/or handbooks (not actual claim files) reflecting its internal assessment of material information St. Paul needs for evaluating whether to underwrite such a policy."

responsive documents. Therefore, the Court ORDERS St. Paul to produce all documents relevant to Atmel's First Set of Requests for the Production of Documents **on or before September 16, 2005.** If St. Paul has produced all relevant documents, it should submit a sworn statement to that effect to Atmel.

**IT IS SO ORDERED.**

Dated: September 6, 2005

SUSAN ILLSTON
United States District Judge

2