UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| AMTEL CORPORATION, | ) ) | |
| Plaintiff(s), | ) ) | No. C 04-4082 SI (BZ) |
| v. | ) ) | **ORDER SCHEDULING TELEPHONIC** |
| ST. PAUL FIRE & MARINE INSURANCE CO., | ) ) ) | **CONFERENCE RE DISCOVERY DISPUTES** |
| Defendant(s). | ) ) ) | |

Judge Illston has referred the various discovery disputes to me for resolution. **IT IS HEREBY ORDERED** as follows:

1. A telephonic conference is scheduled for **Thursday, October 6, 2005, at 10:00 a.m.** Counsel for St. Paul shall get counsel for plaintiff on the line and contact chambers at **415-522-4093.**

2. Any party who wishes to file a response to any request for court intervention may file a two page letter by **noon, October 4, 2005.**

3. The party seeking court intervention on each discovery dispute shall file the certificate required by Federal Rule of Civil Procedure 37(a)(2)(B) and Local Rule 37-

1

1(a) that the parties have met and conferred on this dispute by **noon on October 12, 2005.**

Dated: September 30, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\AMTEL CORP\TELCONF.ORDER.wpd