UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ATMEL CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C 04-4082 SI (BZ) |
| v. | ) | **SECOND DISCOVERY ORDER** |
| ST. PAUL FIRE & MARINE INSURANCE CO., | ) | |
| Defendant(s). | ) | |

With respect to the outstanding discovery disputes, I read Judge Illston's August 31, 2005 Order as limiting discovery to the 1, 2 & 4 megabit chips. **IT IS THEREFORE ORDERED** to the extent defendant's outstanding discovery requests seek information about other chips, they are **DENIED**, given my reading of Judge Illston's order. The parties should direct requests for clarification of the year stated in the August 31, 2005 Order to Judge Illston.

Counsel for plaintiff and defendant are **ORDERED** to meet and confer with respect to the remaining disputes, having in mind the views expressed by the court. They are **ORDERED** to

1

inform the court by letter no later than **October 11, 2005, at 5:00 p.m.,** which, if any, discovery issues still require court intervention, and whether they desire to submit further briefs on such issues.

Dated: October 6, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\DISC.ORDER.wpd