UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ATMEL CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C04-4082 SI (BZ) |
| v. | ) | **ORDER SCHEDULING TELEPHONIC CONFERENCE RE DISCOVERY DISPUTE** |
| ST. PAUL FIRE & MARINE INSURANCE COMPANY, | ) | |
| Defendant(s). | ) | |

Having read plaintiff's letter of October 11, 2005, **IT IS HEREBY ORDERED** that a telephonic conference is scheduled for **Wednesday, October 19, 2005 at 9:00 a.m.,** to discuss defendant's desire to declassify documents designated as confidential. Counsel for defendant shall contact counsel for plaintiff and call chambers at **(415) 522-4093.**

Dated: October 17, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\TELCONF2.ORDER.wpd

1