UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,

    Plaintiff(s),

  v.

ST. PAUL FIRE & MARINE INSURANCE CO.,

    Defendant(s).

No. C 04-4082 SI (BZ)

**THIRD DISCOVERY ORDER**

    This matter was referred to me by Judge Illston for resolution of several discovery motions. At the October 6, 2005 telephonic conference, I resolved a number of the outstanding motions and ordered counsel for the parties to meet and confer with respect to the remaining disputes. The parties resolved many of the disputes informally. This order resolves those which the court understands still require court intervention. **IT IS HEREBY ORDERED** as follows:

    1. Plaintiff's Motion to Compel Defendant to Answer Interrogatories No. 19 and 20 of Plaintiff's First Set of Interrogatories and Request No. 34 of Plaintiff's Second Set of Requests for Production of Documents is **GRANTED**. In a

faith action, some information about the insurer's claims handling practices is relevant and discoverable. See <u>Colonial Life & Acc. Ins. Co. V. Super Ct.</u>, 31 Cal. 3d 785, 792.

    2. Plaintiff's Motion to Compel Defendant to Produce Documents Responsive to Document Request No. 33 of Plaintiff's Second Set of Requests for Production of Documents is **GRANTED.** Defendant shall produce documents consistent with the parties' resolution of Interrogatory 16 at their October 10, 2005 meet and confer conference.

    3. Defendant's Motion to Compel Production of Documents Responsive to Its Second Set of Requests for Production, specifically, documents relating to the underlying <u>Venstar</u> and <u>Pacific Digital</u> litigation is **GRANTED,** but limited to documents that pre-date the plaintiff's application for the insurance policy at issue.

    4. All discovery shall be provided by **November 1, 2005.** Any discovery which the producing party deems confidential (See <u>Foltz v. State Farm</u>, 331 F.3d 1122 (9th Cir. 2003)), shall be produced initially to opposing counsel only, subject to an appropriate protective order.

Dated: October 18, 2005

                                Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\discovery.motions.ORDER.wpd