UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION, </br> Plaintiff(s), </br> v. </br> ST. PAUL FIRE & MARINE INSURANCE CO., </br> Defendant(s). | No. C 04-4082 SI (BZ) </br></br> **FOURTH DISCOVERY ORDER** |

Before the court are a series of letters (which seem to arrive daily) about ongoing discovery disputes between the parties. The parties are reminded that discovery closed on October 28, 2005. The court's overall impression is that the parties are not heeding the court's admonition that they are to work together in good faith to try to resolve, not create, discovery disputes. Ordinarily, I would review the records of their meet and confer sessions to try to determine why the parties are having such difficulties and schedule one or more telephonic conferences to try to assist them in resolving their difficulties. Unfortunately, I will be unavailable the

1

next several weeks.  I will therefore rule on those requests which seem capable of resolution on the letter briefs and grant leave to parties to file appropriate motions on the disputes which are not resolved in this order.  As to such disputes, the parties filing the motion shall lodge with the motion a record of the transcript of the meet and confer session.  In the event the parties need immediate attention, they are urged to stipulate to the appointment of a discovery referee.

**IT IS HEREBY ORDERED** as follows:

1. Paragraph 3 of the Third Discovery Order is amended to require by **November 17, 2005** the production of documents which predate the renewal application.

2. St. Paul is granted leave to reopen the depositions of Bryant, Miller and Sun for the limited purpose of questioning these witnesses about their knowledge of the damages alleged by Seagate in the Seagate action.  St. Paul may not re-examine the witnesses on issues that were in their prior depositions.

3. With respect to Atmel's search for documents responsive to St. Paul's requests, to the extent that St. Paul requested documents that are different from the documents Atmel was requested to produce in the Seagate litigation and the additional documents St. Paul requested are relevant, Atmel should produce them or certify that it has conducted the search required by Federal Rule of Civil Procedure 34.

4. Atmel shall verify by **November 17, 2005** its answers to St. Paul's interrogatories.  St. Paul shall lodge the

record of the meet and confer session on this issue with the court by **November 17, 2005.**

Any party wishing to file a discovery motion on an issue discussed in a letter I have received is granted leave to do so by **November 21, 2005.** Any opposition should be filed by **November 30, 2005.** Any reply should be filed by **December 6, 2005.** The court will schedule a hearing if it deems one necessary.

Dated: November 10, 2005

                                        Bernard Zimmerman
                              United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\DISC4.ORDER.wpd