1
2
3
4
5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   ATMEL CORPORATION,                              No. C 04-04082 SI

9               Plaintiff,                          **ORDER GRANTING ATMEL'S EX
                                                    PARTE MOTION TO CONTINUE**
    v.                                              **MOTIONS AND SETTING NEW**
10                                                  **MOTION SCHEDULE AND TRIAL DATE**
    ST. PAUL FIRE & MARINE INSURANCE CO.,
11
                Defendant.
12  _____/

13
        The Court has reviewed Atmel's motion to continue three of the seven motions currently scheduled for
14
    oral argument on January 6, 2005.   Having reviewed Atmel's motion and supporting declarations, as well as
15
    St. Paul's opposition papers, the Court hereby GRANTS Atmel's motion (Docket No. 372), and modifies the
16
    schedule in this as follows: Atmel's motion to file a second amended complaint (Docket No. 265) will be heard
17
    on **January 6, 2005 at 9:00 a.m.**  Atmel's motion for partial summary judgment (Docket No. 276), and St.
18
    Paul's motion for summary judgment (Docket No. 320) will be heard on **February 17, 2005 at 9:00 a.m.**
19
    If necessary, St. Paul's remaining motions for summary judgment (Docket Nos. 323, 334, 341 and 355) will
20
    be heard on **March 10, 2005 at 9:00 a.m.**
21
        The trial date is continued until **May 8, 2006 at 8:30 a.m.**  The pretrial conference date is **April 25,**
22
    **2006 at 3:30 p.m.**  The pretrial filings must be filed on **March 28, 2006.**  Any oppositions to motions in limine
23
    shall be filed on **April 11, 2006**, and replies shall be filed by **April 18, 2006**.
24
        **IT IS SO ORDERED.**
25
    Dated: December 9, 2005
26
27                                                  SUSAN ILLSTON
                                                    United States District Judge
28