John L. Cooper (State Bar No. 50324)
Dennis M. Cusack (State Bar No. 124988)
James H. Colopy (State Bar No. 172806)
Katina Ancar (State Bar No. 207950)
FARELLA BRAUN & MARTEL LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

Attorneys for Plaintiff and Counterdefendant
ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ATMEL CORPORATION,

Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

Defendant.

AND RELATED COUNTERCLAIMS.

Case No. C 04 4082 SI

**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE UNDER SEAL EXHIBITS TO DECLARATION OF KATINA ANCAR IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL TESTIMONY OF JOHN BRYANT**

Having considered the papers submitted on Plaintiff's *Ex Parte* Application To File Under Seal Exhibits to the Declaration of Katina Ancar in Support of Atmel's Opposition to St. Paul's Motion to Compel the Testimony of John Bryant, and good cause appearing therefore,

///

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ATMEL'S EX PARTE MOTION - Case No. C 04 4082 SI

18934\832423.1

IT IS HEREBY ORDERED that:

Plaintiff's *Ex Parte* Application To File Under Seal Exhibits to the Declaration of Katina Ancar in Support of Atmel's Opposition to St. Paul's Motion to Compel the Testimony of John Bryant is GRANTED, and the following documents will be filed under seal:

1. Pages 1, 2, and 54 of the Rough ASCII Transcript of the September 14, 2005 Deposition of John Bryant is attached as Exhibit A to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

2. Pages 1-2 and 164-167 of the Transcript of the August 16, 2005 Deposition of Ken Falvey is attached as Exhibit B to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

3. Pages 1, 97-98 of the Transcript of the August 19, 2005 Deposition of Craig Lapsley is attached as Exhibit C to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

4. Pages 1, 100-101 of the Rough Transcript of the August 24, 2005 Deposition of Bonita Girard is attached as Exhibit D to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

5. Pages 1, 141-142 of the Rough Transcript of the August 25, 2005 Deposition of James Runkel is attached hereto as Exhibit E to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

6. Pages 190-191 of the Rough ASCII Transcript of the September 14, 2005 Deposition of John Bryant is attached hereto as Exhibit F to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

7. Pages 201 of the Rough ASCII Transcript of the September 14, 2005 Deposition of John Bryant is attached hereto as Exhibit G to the Declaration of Katina Ancar in Support of Opposition to Motion to Compel Testimony of John Bryant. Denied

None of these excerpts contains material that appears subject to protection under Rule 26(c) or sealing under LR 79-5.

DATED: ~~, 2005~~ 7 Dec 05

~~Hon. Susan Illston~~
~~United States District Judge~~
Bernard Zimmerman
US Mag Judge

If Atmel or St Paul persists in such efforts, the court may impose sanctions.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400