IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,

    Plaintiff,

v.

ST. PAUL FIRE & MARINE INSURANCE CO.,

    Defendant.

No. C 04-04082 SI

**ORDER RE: SCHEDULE FOR SUMMARY JUDGMENT MOTIONS**

This order corrects a mistake in the Court's December 12, 2005 Order regarding the schedule for the parties' various motions for summary judgment. Atmel's motion to amend the complaint remains scheduled for January 6, 2005. St. Paul's motion for summary judgment (Docket No. 355) shall be heard on February 17, 2005, along with Atmel's motion for summary judgment (Docket No. 276). If necessary, St. Paul's remaining motions for summary judgment shall be heard on March 17, 2005.

**IT IS SO ORDERED.**

Dated: December 16, 2005

                                              SUSAN ILLSTON
                                              United States District Judge