SEDGWICK, DETERT, MORAN & ARNOLD LLP
GREGORY C. READ (Bar No. 49713)
BRUCE D. CELEBREZZE (Bar No. 102181)
LAURA L. GOODMAN (Bar No. 142689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant and Counterclaimant
ST. PAUL FIRE & MARINE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>           Plaintiff,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>           Defendant.<br><br>AND RELATED COUNTERCLAIM. | CASE NO. C04-4082 SI<br><br>[PROPOSED] ORDER GRANTING ST. PAUL'S *EX PARTE* APPLICATION TO FILE UNDER SEAL PORTIONS OF REPLY TO LETTER BRIEF REQUESTING AN ORDER ALLOWING MORE THAN TEN DEPOSITIONS |

Having considered the papers submitted on St. Paul's *Ex Parte* Application to File Under Seal Portions of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions, and good cause appearing therefore,

IT IS HEREBY ORDERED that:

Defendant's *Ex Parte* Application to File Under Seal Portions of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions is GRANTED, and the following documents will be filed under seal:

1.  Selected pages from the Rough ASCII Deposition Transcript of Tracy Miller, taken on September 23, 2005, attached as Exhibit A to the Supplemental Declaration of Laura L. Goodman in support of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions.

2.  Selected pages from the Rough ASCII Deposition Transcript of Themi Demas, taken on September 20, 2005, attached as Exhibit B to the Supplemental Declaration of Laura L. Goodman in support of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions.

3.  Selected pages from the Rough ASCII Deposition Transcript of John Bryant, taken on September 14, 2005, attached as Exhibit C to the Supplemental Declaration of Laura L. Goodman in support of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions.

4.  A chain of emails, Bates-numbered SPC 2769-2778, attached as Exhibit E to the Supplemental Declaration of Laura L. Goodman in support of Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions.

5.  Selected portions of pages 1, 2, and 3 from St. Paul's Reply to Letter Brief Requesting an Order Allowing More Than Ten Depositions, which contain information cited from the documents described in paragraphs 1 through 4 above.

DATED: _____, 2005

No showing made by designating party LR 79-5(d)

By _____
UNITED STATES DISTRICT JUDGE

[Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — 1/6/2006 — DENIED — Judge Bernard Zimmerman]