UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |  |
|---|---|---|
| ATMEL CORPORATION, | ) | |
| Plaintiff(s), | ) | No. C 04-4082 SI (BZ) |
| v. | ) | **SIXTH DISCOVERY ORDER GRANTING ATMEL'S MOTION TO COMPEL COMPLIANCE WITH COURT'S FOURTH DISCOVERY ORDER** |
| ST. PAUL FIRE & MARINE INSURANCE CO., | ) | |
| Defendant(s). | ) | |

Having read the papers filed by both sides, I find that there is no need for oral argument.

There is no basis in the Federal Rules of Civil Procedure for filing unverified answers to interrogatories. Plaintiffs must verify their original answers to Defendant's interrogatories. See <u>Marchese v. Secretary</u>, 2004 U.S. Dist. LEXIS 20680 (E.D. La. 2004).

For the foregoing reasons, it is **ORDERED** that Atmel's Motion To Compel Compliance with Court's Fourth Discovery Order is **GRANTED**. A verification shall be filed by **February 1, 2006.**

Dated: January 23, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\DISC6.ORDER.wpd

1