UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>ST. PAUL FIRE & MARINE INSURANCE CO.,<br><br>    Defendant(s). | No. C 04-4082 SI (BZ)<br><br>**CORRECTED SIXTH DISCOVERY ORDER GRANTING ST. PAUL'S MOTION TO COMPEL COMPLIANCE WITH COURT'S FOURTH DISCOVERY ORDER** |

    Having read the papers filed by both sides, I find that there is no need for oral argument.

    There is no basis in the Federal Rules of Civil Procedure for filing unverified answers to interrogatories. Plaintiffs must verify their original answers to Defendant's interrogatories. See <u>Marchese v. Secretary</u>, 2004 U.S. Dist. LEXIS 20680 (E.D. La. 2004).

    For the foregoing reasons, it is **ORDERED** that St. Paul's Motion To Compel Compliance with Court's Fourth Discovery Order is **GRANTED**. A verification shall be filed by **February 1, 2006.**

Dated: January 24, 2006

                                                       /s/ Bernard Zimmerman
                                                       Bernard Zimmerman
                                                       United States Magistrate Judge

G:\BZALL\-REFS\ATMEL CORP\DISC6.ORDER(revised).wpd

1