UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>                Plaintiff,<br><br>    v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>                Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. C 04 4082 SI<br><br>**[PROPOSED] ORDER GRANTING ATMEL'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL** |

       Having considered the papers submitted on the Ex Parte Application To File Certain Documents Under Seal, and good cause appearing therefore,

       IT IS HEREBY ORDERED that:

       Atmel's Ex Parte Application To File Certain Documents Under Seal is GRANTED, and Atmel may file the following documents under seal:

       1.    Exhibit D to Cusack Declaration, which are copies of excerpts from the Deposition of John Bryant taken on September 14, 2005, pages 99, 198-199, 234-235, 245-246, 280.

       2.    Exhibit H to Cusack Declaration, which are copies of excerpts from the Deposition of Themi Demas taken on September 20, 2005, pages 45-46, 74-75, 78-79, 217-219, 268.

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLTFFS'
EX PARTE APP. TO FILE CERTAIN DOCS
UNDER SEAL  Case No. C 04 4082 SI

18934\874593.1

3.   Exhibit K to Cusack Declaration, which are copies of excerpts from the Deposition of Diane Holtog (rough) taken on January 30, 2006, pages 12-14, 18, 25-31, 86-87.

4.   Exhibit P to Cusack Declaration, which are copies of excerpts from the Deposition of Tracy Miller taken on September 23, 2005, page 143.

5.   Exhibit V to Cusack Declaration, which are copies of excerpts from the Deposition of Laurence Sun taken on September 22, 2005, pages 67, 141-142, 190-191, 217-220.

6.   Exhibit Z to Cusack Declaration, which is a copy of Deposition Exhibit 19, 1995 Application Form (blank) (SPTS 001-008).

7.   Exhibit AA to the Cusack Declaration, which is a copy of Deposition Exhibit 21, 2002 Application Form (blank) (SPTJ001-012).

8.   Exhibit EE to the Cusack Declaration, which is a copy of Deposition Exhibit 41, Letter from B. Girard to C. Bright dated November 2, 2004 (SPC004379-85).

9.   Exhibit HH to the Cusack Declaration, which is a copy of Deposition Exhibit 166, Sumitomo PCN Notice dated August 28, 2001 (SPC002621).

10.  Exhibit II to the Cusack Declaration, which is a copy of Deposition Exhibit 203, E-mail from R. Darwin to T. Miller dated January 2, 2002 (AT056252-53).

11.  Exhibit LL to the Cusack Declaration, which is a copy of Deposition Exhibit 512, E-mail from Larry Sun to R. Streicher, et al. dated December 8, 2001 (AT046081-83).

12.  Exhibit MM to the Cusack Declaration, which is a copy of Deposition Exhibit 529, ESG Atmel Flash Investigation dated December 5, 2001 (AC10692-750).

13.  Exhibit NN to the Cusack Declaration, which is a copy of Deposition Exhibit 536, E-mail from L. Akkan to L. Anderson dated December 5, 2001 (SGT00042405-08).

14.  Exhibit OO to the Cusack Declaration, which is a copy of Deposition Exhibit 538, E-mail from T. Kobayashi to T. Nagayasu dated January 7, 2002 (SGT00083605-08).

15.  Exhibit PP to the Cusack Declaration, which is a copy of Deposition Exhibit 565, E-mail from M. Shampine to F. Rowen, et al. dated January 3, 2002 (SGT00232935-41).

16.  Exhibit QQ to the Cusack Declaration, which is a copy of Deposition Exhibit 566, E-mail from R. Darwin to K. Kramer dated January 7, 2002 (SGT00045797-800).

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLTFFS'
EX PARTE APP. TO FILE CERTAIN DOCS
UNDER SEAL  Case No. C 04 4082 SI                - 2 -                                    18934\874593.1

17. Exhibit RR to the Cusack Declaration, which is a copy of Deposition Exhibit 567, PowerPoint slides: Fall 2001 QBR (SGT00056175-229).

18. Exhibit SS to the Cusack Declaration, which is a copy of Deposition Exhibit 577, E-mail from L. Akkan to S. Holmes dated August 26, 2002 (SGT 00052260).

19. Exhibit TT to the Cusack Declaration, which is a copy of Deposition Exhibit 579, E-mail from K. Kramer to B. Cole dated January 15, 2002 (SGT00066724-26).

DATED: _____, 2006



Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING PLTFFS' EX PARTE APP. TO FILE CERTAIN DOCS UNDER SEAL   Case No. C 04 4082 SI

- 3 -

18934\874593.1