IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATMEL CORPORATION,

   Plaintiff,

 v.

ST. PAUL FIRE & MARINE INSURANCE COMPANY,

   Defendant.
                /

No. C 04-04082 SI

**ORDER RE: FURTHER BRIEFING ON ST. PAUL'S MOTION FOR SUMMARY JUDGMENT**

   The Court directs the parties to submit supplemental letter briefs of no more than 3 pages on the following: whether the issues presented by St. Paul's motion for summary judgment (rescission) regarding (1) whether Atmel concealed material information when it applied for insurance with St. Paul, and relatedly, (2) whether St. Paul is entitled to rescission of the policies, are questions for the jury or for the Court.

   The supplemental letter briefs shall be filed by **noon** on **Thursday, February 16, 2006**. The letter briefs shall not be filed under seal.

   **IT IS SO ORDERED.**

Dated: February 14, 2006

                               SUSAN ILLSTON
                               United States District Judge