IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ATMEL CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | No. C 04-04082 SI<br><br>**ORDER GRANTING ATMEL'S REQUEST TO STRIKE CERTAIN WORDS FROM FOOTNOTE 2 OF THE MARCH 27, 2006 ORDER** |

Plaintiff Atmel Corp. has filed a letter brief dated March 31, 2006, requesting that the words "making defective chips a new profit center" be stricken from footnote 2 in this Court's Order Granting Defendant's Motion for Partial Summary Judgment re: Collateral Source Rule, filed March 27, 2006 [Docket Entry # 543]. The footnote in its entirety reads:

> Adding the collateral source recovery to the other damages claimed, Atmel seeks $15,912,512 from St. Paul, nearly double what Atmel actually paid out, making defective chips a new profit center.

Atmel represents that St. Paul has no objection to the Court removing the seven words in question.

Accordingly, the Court GRANTS Atmel's request to strike the words "making defective chips a new profit center" from footnote 2 in the March 27, 2006 Order.

**IT IS SO ORDERED.**

Dated: April 18, 2006

                                                                  SUSAN ILLSTON<br>
                                                                United States District Judge