1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   GREGORY C. READ (Bar No. 49713)
2  BRUCE D. CELEBREZZE (Bar No. 102181)
   LAURA L. GOODMAN (Bar No. 142689)
3  One Market Plaza, Steuart Tower, 8th Floor
   San Francisco, California  94105
4  Telephone: (415) 781-7900
   Facsimile:  (415) 781-2635
5
   Attorneys for Defendant and Counterclaimant
6  ST. PAUL FIRE & MARINE INSURANCE COMPANY

7

8                          UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

| | |
|---|---|
| 11  ATMEL CORPORATION, | CASE NO. C04-4082 SI |
| 12      Plaintiff, | |
| 13      vs. | **[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR MAY 15, 2006 TRIAL** |
| 14  ST. PAUL FIRE & MARINE INSURANCE COMPANY, | DATE:      May 15, 2006 |
| 15      Defendant. | JUDGE:    Honorable Susan Illston |
| 16 | DEPT.:     Courtroom 10, 19th Floor |
| 17  AND RELATED COUNTERCLAIM. | |
| 18 | |

19

20        Throughout the upcoming trial, scheduled to begin on May 15, 2006 and proceeding until

21  completion, St. Paul Fire & Marine Insurance Company (hereinafter "St. Paul") intends to utilize

22  certain audiovisual equipment to present background information and argument regarding the

23  issues to be decided by the Court and the jury.  In addition, St. Paul may use Courtroom Connect,

24  a vendor approved by the Court, to provide internet and printing equipment.

25        Accordingly, IT IS HEREBY ORDERED that:

26     1.    St. Paul may bring the following equipment and other items into the courtroom:

27        (a)    LCD Projector and Screen;

28        (b)    LCD monitors and an Elmo Visual presenter;

                                                                1                    CASE NO. C04-4082 SI
[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR MAY 15, 2006 TRIAL

1         (c)      Control and power devices relating to the above-equipment;

2         (d)      Miscellaneous cables, power cords, and peripheral equipment;

3         (e)      Laptop and/or desktop computers;

4         (f)      Oversized demonstratives and easel to display demonstratives;

5         (g)      Butcher paper or similar paper and easel for display;

6         (h)      Router and switches; and

7         (i)      Printer.

8     2.    On either the afternoon of May 11, 2006 or the morning of May 12, 2006, St. Paul may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed at the scheduled time of 8:30 a.m. on May 15, 2006.

DATED: May 11, 2006

*/s/ Susan Illston*

Hon. Susan Illston
United States District Judge

---

2        CASE NO. C04-4082 SI
[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR MAY 15, 2006 TRIAL