John L. Cooper (State Bar No. 050324)
Dennis M. Cusack (State Bar No. 124988)
James H. Colopy (State Bar No. 172806)
Katina Ancar (State Bar No. 207950)
Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480

Attorneys for Plaintiff and Counterdefendant
ATMEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ATMEL CORPORATION,<br><br>    Plaintiff and Counterdefendant,<br><br>vs.<br><br>ST. PAUL FIRE & MARINE INSURANCE COMPANY,<br><br>    Defendant and Counterclaimant. | Case No.  C04-4082 SI<br><br>**[PROPOSED] ORDER PERMITTING USE OF EQUIPMENT IN COURTROOM FOR MAY 15, 2006 TRIAL**<br><br>DATE:       May 15, 2006<br>JUDGE:     Hon. Susan Illston<br>DEPT.:      Courtroom 10, 19th Floor |

Throughout the upcoming trial, scheduled to begin on May 15, 2006 and proceed through June 5, 2006, Atmel intends to use utilize certain audiovisual equipment to present background information and argument regarding the issues to be decided by the Court and jury.  In addition, Atmel intends to use Courtroom Connect, a vendor approved by the Court, to provide internet and printing equipment.

Accordingly, IT IS HEREBY ORDERED that:

1. Atmel may bring the following equipment and other items into the courtroom:

    (a)    LCD Projector and Screen;

    (b)    three LCD monitors and an Elmo Visual presenter;

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA  94104
(415) 954-4400

PROPOSED ORDER
CASE NO. 04-4082 SI

18934\945041. 1

1  (c) control and power devices relating to the above equipment;

2  (d) miscellaneous cables, power cords, and peripheral equipment;

3  (e) laptop and/or desktop computers, and;

4  (f) oversized demonstratives and easel to display demonstratives.

5  (g) router and switches;

6  (h) printer.

7  2. On May 12, 2006, Atmel may have access to the courtroom to set up the above equipment so that the parties will be prepared to proceed at the scheduled time of 8:30 a.m. on May 15, 2006.

DATED: _____, 2006

*Susan Illston* (signature)

Hon. Susan Illston
United States District Judge

Farella Braun & Martel LLP
Russ Building
235 Montgomery Street
San Francisco, CA 94104
(415) 954-4400

PROPOSED ORDER
CASE NO. 04-4082 SI
- 2 -
18934\945041. 1