1  John L. Cooper (State Bar No. 050324)
   Dennis M. Cusack (State Bar No. 124988)
2  James H. Colopy (State Bar No. 172806)
   FARELLA BRAUN & MARTEL LLP
3  235 Montgomery Street, 17th Floor
   San Francisco, CA  94104
4  Telephone:  (415) 954-4400
   Facsimile:  (415) 954-4480
5
6  Attorneys for Plaintiff and Counterdefendant
   ATMEL CORPORATION

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | ATMEL CORPORATION,                  | Case No.  C 04 4082 SI
13 |        Plaintiff and                | **STIPULATION AND [PROPOSED]**
   |        Counterdefendant,            | **ORDER FOR DISMISSAL WITH**
14 |                                     | **PREJUDICE**
15 |   v.                                | Fed. R. Civ. Proc. Rule 41(a)(1)
16 | ST. PAUL FIRE & MARINE
   | INSURANCE COMPANY,
17 |
   |        Defendant and
18 |        Counterclaimant.

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA  94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL – Case No.  C 04 4082 SI

18934\1022383.1

## **STIPULATION**

The Parties hereby stipulate and agree, through their respective counsel of record, that all claims in this action that were or could have been asserted by either Party should be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

SO STIPULATED.

DATED: August __, 2006                FARELLA BRAUN & MARTEL LLP


By:_____
    John L. Cooper
    Dennis M. Cusack
    James H. Colopy

Attorneys for Plaintiff and Counterdefendant
ATMEL CORPORATION


DATED: August __, 2006                SEDGWICK DETERT MORAN & ARNOLD LLP


By:_____
    Gregory C. Read
    Bruce D. Celebrezze
    Laura L. Goodman

Attorneys for Defendant and Counterclaimant
ST. PAUL FIRE & MARINE INSURANCE COMPANY


IT IS SO ORDERED

DATED:_____, 2006

_____
SUSAN ILLSTON
U.S. District Court Judge

Farella Braun & Martel LLP
235 Montgomery Street, 30th Floor
San Francisco, CA 94104
(415) 954-4400

STIPULATION AND [PROPOSED] ORDER
FOR DISMISSAL – Case No. C 04 4082 SI         - 2 -                    18934\1022383.1